UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

ESCO MARINE, INC.,
EMILIO SANCHEZ, NORMA SANCHEZ,
RICHARD JAROSS, and ELKA JAROSS,

CASE NO. B-02-140

    Plaintiffs,

v.

ROBBIE RECKWERDT,

    Defendant.

_____/

United States District Court
Southern District of Texas
FILED

AUG 16 2002

Michael N. Milby
Clerk of Court

## UNOPPOSED MOTION TO WITHDRAW
## DEFENDANT'S MOTION FOR DISMISSAL PURSUANT TO RULE 12(b)(3)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBBIE RECKWERDT, Defendant herein, and files this his Unopposed Motion to Withdraw Defendant's Motion for Dismissal Pursuant to Rule 12(b)(3), and in support thereof would respectfully show unto this honorable Court as follows:

I.

On August 15, 2002, Plaintiffs and Defendant entered into a settlement agreement in the above entitled and numbered cause (attached hereto as Exhibit A, and by way of reference is incorporated herein for all purposes). Based on the settlement agreement of the parties to this action, Defendant would respectfully desire to withdraw his Motion for Dismissal Pursuant to Rule 12(b)(3).

WHEREFORE, PREMISES CONSIDERED, Defendant, ROBBIE RECKWERDT, respectfully requests that his Motion to Dismiss Pursuant to Rule 12(b)(3) be withdrawn.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
    C. Frank Wood
    State Bar No. 24028136
    Federal Bar No. 29870
    Dennis Sanchez
    State Bar No. 17569600
    Federal Bar No. 1594

ATTORNEYS FOR DEFENDANT
ROBBIE RECKWERDT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Unopposed Motion to Withdraw Defendant's Motion for Dismissal Pursuant to Rule 12(b)(3)** has been served upon counsel for the Plaintiff, Thomas Fleming, FLEMING & HERNADEZ, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78520, by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, on this ___16th___ day of August, 2002.

_____
C. Frank Wood

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 16, 2002, conference with opposing counsel on the foregoing **Unopposed Motion to Withdraw Defendant's Motion for Dismissal Pursuant to Rule 12(b)(3)** was held, and that counsel for the Plaintiff, Thomas Fleming, FLEMING & HERNADEZ, P.C., is <u>unopposed</u> to the filing of said pleading.

_____
C. Frank Wood

# FLEMING & HERNANDEZ, P.C.

Attorneys at Law
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602

Tom Fleming
Luis R. Hernandez
Jeffrey G. Mathews

(956) 982-4404
FAX (956) 982-0943
EMAIL FLEMOLPC@HILINE.NET

August 14, 2002

**FACSIMILE ONLY: (305) 294-7822**
Mr. David Paul Horan
HORAN, HORAN & WALLACE, LLP
608 Whitehead Street
Key West, Florida 33040

**FACSIMILE ONLY: (956) 546-3765**
Mr. C. Frank Wood
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

Re: Esco Marine, Inc./Robbie Reckwerdt

Gentlemen:

We have agreed to settle both lawsuits involving the above referenced parties currently pending in the United States District Court for the Southern District of Florida and the United States District Court for the Southern District of Texas. The settlement terms are that Esco Marine, Inc. will pay Robbie Reckwerdt on or before Tuesday, August 20, 2002 the sum of One Hundred Twenty-four Thousand Ten and 71/100ths ($124,010.71) Dollars and assign that certain sum currently held by Ocean Ship Holdings, Inc. of Houston, Texas (OSI) to the extent of Two Hundred Twenty-five Thousand Nine Hundred Eighty-nine and 29/100ths ($225,989.29) Dollars. Esco will also guarantee that it will submit all required documentation to effectuate the release of all of Robbie Reckwerdt's collateral held by ACSTAR Insurance Company. In consideration, Robbie Reckwerdt will release Esco Marine, Inc. and all individual guarantors from any and all liability under that certain Agreement dated August 22, 2001 between Esco Marine, Inc. and Robbie Reckwerdt.

We have agreed that both referenced lawsuits will be abated (or no action will be taken therein) until all collateral positions held by ACSTAR Insurance Company have been released. Upon release of that collateral position, payment of the required sum by Esco Marine, Inc. and release of the funds held by OSI, both referenced lawsuits will be dismissed with prejudice.

EXHIBIT A

**FACSIMILE ONLY: (305) 294-7822**
Mr. David Paul Horan

**FACSIMILE ONLY: (956) 546-3765**
Mr. C. Frank Wood

August 14, 2002
Page 2 of 2

If this is our agreement, please execute this letter and return to me. We agree that this letter may be executed in multiple copies and, if necessary, filed with the respective courts.

Very truly yours,

FLEMING & HERNANDEZ, P.C.

by: *[signature]*
Tom Fleming

TF/bgw

*#021088*
*L:\WARNKE.CUENT\ESCO:Reckwerdt\Horan-Wood-TLD.wpd*

**AGREED:**

*[signature]*
David Paul Horan
FOR ROBBIE RECKWERDT

*[signature]*
C. Frank Wood
FOR ROBBIE RECKWERDT