**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ENSCO MARINE, INC., ET AL., | § |
| PLAINTIFFS, | § |
| | § |
| v. | § |
| | § |
| ROBBIE RECKWERDT, | § |
| DEFENDANT. | § |

C.A. B-02-140

**ORDER**

BE IT REMEMBERED that on August _____, 2002, the Court **GRANTED** Defendant's Unopposed Motion to Withdraw Defendant's Motion to Dismiss [Dkt. No 4]. Defendant's Motion to Dismiss [Dkt. No 3] is hereby **WITHDRAWN**.

DONE this _____ day of August, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge