6

## Civil Courtroom Minutes

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ■ Nicolas    ☐ Levesque | | | |

United States District Court
Southern District of Texas
FILED
NOV 18 2002
Michael N. Milby, Clerk of Court

| | | | | |
|---|---|---|---|---|
| DATE | 11 | 18 | 02 | |
| TIME | | a.m. | | a.m. |
| | 2:06 | p.m. | 2:20 | p.m. |
| CIVIL ACTION | B | 02 | 140 | |
| STYLE | ESCO MARINE INC, ET AL. *versus* RECKWELDT | | | |

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference:          (Rptr.  Breck Record  )

Tom Fleming           for    ■ Ptf. #_____  ☐ Deft. #_____

Frank Wood            for    ☐ Ptf. #_____  ■ Deft. #_____

1.   The parties explained the procedural history of the case.

2.   The Court scheduled a status conference for December 17, 2002, at 10 a.m., unless the parties inform the Court that the settlement has been fully funded.