UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESCO MARINE, INC., | § | |
| EMILIO SANCHEZ, NORMA SANCHEZ, | § | |
| RICHARD JAROSS, and ELKA JAROSS, | § | |
| | § | |
| *Plaintiffs*, | § | CASE NO. B-02-140 |
| v. | § | |
| | § | |
| ROBBIE RECKWERDT, | § | |
| | § | |
| *Defendant*. | § | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs herein no longer wish to prosecute their stated causes of action and request this case be dismissed with costs charged to the party who incurred them.

Plaintiffs pray entry of an order of dismissal.

DATED:  December 5, 2002.

Respectfully submitted,

FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521-1602
Telephone:  (956) 982-4404
Telecopier:  (956) 982-0943

ATTORNEYS FOR PLAINTIFFS.

by: _____
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

## CERTIFICATE OF CONFERENCE

Pursuant to local rule, conference with opposing counsel was conducted on this date, and the motion is not opposed.

DATED: December 5, 2002.

_____
Tom Fleming

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO DISMISS** was served December 5, 2002 in the manner(s) indicated below upon the following Counsel-of record:

**COUNSEL FOR DEFENDANT,
ROBBIE RECKWERDT:**
C. Frank Wood
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
*(Certified United States Mail, R.R.R., #7099 3400 0014 0395 0145)*

_____
Tom Fleming