# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESCO MARINE, INC., | § | |
| EMILIO SANCHEZ, NORMA SANCHEZ, | § | |
| RICHARD JAROSS, and ELKA JAROSS, | § | |
| | § | |
| *Plaintiffs,* | § | CASE NO. B-02-140 |
| v. | § | |
| | § | |
| ROBBIE RECKWERDT, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

The Plaintiffs' Motion to Dismiss will be granted.

IT IS ORDERED that this case be dismissed with costs charged to the party who

incurred such costs.

DONE this _____ day of December, 2002 at Brownsville, Texas.

_____

JUDGE PRESIDING

**COPIES:**
**C. Frank Wood**, SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P., 100 North Expressway 83, Brownsville, Texas 78521-2284

**Tom Fleming**, FLEMING & HERNANDEZ, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78521-1602